# EXHIBIT 6



























