# EXHIBIT 7



Jeffrey E. Dupler
D: 212.705.9827
jdupler@gibney.com

March 4, 2025

**BY FED EX**

Moizz Jooma
President and Chief Executive Officer
Icebox, Inc.
3255 Peachtree Road Northeast #2 & #3
Atlanta, GA 30305

> **Re:    Icebox, Inc. and SwissWatches.com -- Offering For Sale of**
> **Altered/Counterfeit ROLEX-branded Watches & Related Conduct**

Dear Mr. Jooma:

We are counsel to Rolex Watch U.S.A., Inc. ("Rolex") with regard to the referenced matter. Rolex is the owner of the world-famous and federally registered trademarks: ROLEX, ♛ ("CROWN DESIGN"), OYSTER PERPETUAL, DATEJUST, COSMOGRAPH, and DAYTONA among numerous others (hereinafter collectively referred to as the "Rolex Trademarks").

It has come to our attention that Ice Box Inc. ("Icebox"), doing business through its websites www.icebox.com and www.SwissWatches.com (the "Websites"), through its brick-and-mortar stores located at the address identified above, and through numerous ecommerce platforms and social media accounts, is offering for sale, selling, and marketing watches bearing infringements and counterfeits of one or more of the Rolex Trademarks and otherwise conducting business so as to falsely convey an association with or authorization by Rolex.

Recently, we examined a ROLEX-branded watch purchased from your store that bore a dial and bezel that were not of Rolex manufacture, yet, the dial bore counterfeit reproductions of the following federally registered Rolex Trademarks:  ROLEX, OYSTER PERPETUAL and DATEJUST.  Your sale, offering for sale and marketing of this watch and others like it, including watches with altered or replacement dials that have been refinished by removing all the original markings and repainting the surface, adding dial markers and reproducing copies of the Rolex Trademarks, violates the Trademark Act (15 U.S.C. § 1114(a)).

We also note that your SwissWatches.com website uses recent official photographs of Rolex watches taken without permission from Rolex's website to advertise and promote the sale of ROLEX-branded watches on your website.  This not only violates Rolex's intellectual property rights, but also creates a false and misleading association with Rolex. Similarly, although SwissWatches.com is not and never has been an actual Authorized Rolex Jeweler, there is a menu heading on your website that lists "Authorized Rolex Dealers," in which you feature an "exclusive directory" of unauthorized images copied from the Rolex website of actual Official Rolex



Jewelers, including unauthorized embedded links to the Rolex website next to each image.  The use of these copied images and links is designed to free ride on Rolex's hard-earned goodwill and reputation, and to create and further the false and misleading narrative that SwissWatches.com is an Authorized Rolex Jeweler and/or is otherwise associated, affiliated, or connected with Rolex, when it is not.  Such conduct violates 15 U.S.C. § 1125(a).

Similarly, Icebox's altered ROLEX-branded watches infringe on and bear counterfeit copies of the Rolex Trademarks and are likely to cause consumer confusion, mistake, or deception in violation of federal law.  *See* 15 U.S.C. §§ 1114 and 1125(a). The remedies for violating these statutes are substantial. The penalties for knowingly doing so, such as by the knowing sale of watches bearing counterfeit copies of federally registered trademarks, are severe, especially when the seller intended to trade on the famous reputation of the registrant, and may include injunctive relief, actual damages, treble damages, defendant's profits, statutory damages, costs, and attorney's fees.  *See* 15 U.S.C. §1117.

Rolex has successfully protected its valuable intellectual property in numerous federal courts across the United States, including most recently in a litigation before Chief Judge Timothy C. Batten of the United States District Court for the Northern District of Georgia in Atlanta against defendants that were selling infringing and counterfeit ROLEX-branded products, including items that appear to be similar, if not identical, to those sold by you.  In *Rolex Watch U.S.A., Inc. v. Jewelry Unlimited, Inc., et al.*, Case No. 1:23-cv-03391-TCB (N.D. Ga.), Judge Batten issued a detailed, 46-page Order granting summary judgment on Rolex's claims of trademark counterfeiting, trademark infringement and unfair competition arising out of the sale and offering for sale of materially altered (so-called "customized") ROLEX-branded watches.  The Court also found the defendant corporation's owner and CEO personally liable for trademark counterfeiting, trademark infringement and unfair competition.  Subsequently, the Court entered a Judgment and Permanent Injunction that ended the case on February 21, 2025.  Copies of that Order and of the Judgment and Permanent Injunction are enclosed.  As you will note, the defendants in that case are enjoined from, among other things, selling, offering for sale, marketing, and distributing altered ROLEX-branded watches (as more fully set forth therein), including watches that are similar to those being offered for sale and sold by Icebox.

Rolex would like to resolve this matter amicably, if possible, and requests that you or your counsel contact the undersigned to confirm in writing that you will cease and desist from continued sale, offering for sale, marketing, and distribution of all infringing and counterfeit products, including the removal from your Websites, ecommerce platforms and social media sites that list or post altered/counterfeit Rolex watches.  You also need to provide a complete accounting of the inventory of Icebox and SwissWatches.com of infringing and altered/counterfeit watches and watch parts, and any and all non-genuine ROLEX-branded watch boxes, warranty cards and all related infringing and counterfeit sales and marketing materials.  Further, all of the unauthorized copies of the images taken from Rolex's website or elsewhere, and all unauthorized links to the Rolex website, must be immediately removed from your Websites, ecommerce platforms or social media accounts.  This includes the removal of all unauthorized embedded links to the Rolex website, and the removal and cessation of use of all official photographs of Rolex watches,



Mr. Moizz Jooma
March 4, 2025
Page 3

references through a link to and photographs of "Authorized Rolex Dealers," and any and all other photographs, images or links that are used to falsely advertise and promote that the ROLEX-branded watches you sell are authorized, approved, or sponsored by Rolex.

Please provide us with your written response by no later than March 18, 2025.

This letter is not, and is not intended to be, a complete statement of the relevant facts. Moreover, nothing contained herein is intended by us, nor should it be construed by you, as a waiver or relinquishment of any rights or remedies that Rolex may have in this matter, all of which rights and remedies are hereby expressly reserved.

Very truly yours,

Jeffrey E. Dupler

Encls.

cc:  Theodore C. Max, Esq.
        Sheppard Mullin