AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ICEBOX INC., d/b/a ICEBOX DIAMONDS & WATCHES, and d/b/a SWISSWATCHES.COM, ICEBOX ATLANTA, LLC, SWISS WATCHES GA, LLC, SWISS WATCH CO, LLC, MOIZZ JOOMA, RAFI JOOMA and ZAHIR JOOMA,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-02841-ELR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SWISS WATCH CO, LLC
3255 Peachtree Road, Suite 2
Atlanta, GA, 30305, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael S. French, **Wargo French & Singer LLP**, 1175 Peachtree, NE, Suite 1650, Atlanta, GA 30361; Phone: (404) 853-1500; E-Mail: mfrench@wfslaw.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02841-ELR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: