**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> ICEBOX, INC. d/b/a ICEBOX DIAMONDS & WATCHES, and d/b/a SWISSWATCHES.COM; ICEBOX ATLANTA, LLC; SWISS WATCHES GA, LLC; SWISS WATCH CO., LLC; MOIZZ JOOMA; RAFI JOOMA; and ZAHIR JOOMA, <br><br> Defendants. | Case No.: 1:25-CV-02841-ELR |

**PLAINTIFF ROLEX WATCH U.S.A., INC.'S MOTION FOR
CLARIFICATION OF THE COURT'S MAY 11, 2026 SCHEDULING
ORDER, OR, IN THE ALTERNATIVE, FOR AMENDMENT OF SUCH
ORDER TO MODIFY THE DEADLINES
FOR EXPERT DISCLOSURES, OR, IN THE ALTERNATIVE, FOR
EXTENSION OF THE SAME**

Plaintiff Rolex Watch U.S.A., Inc. ("Plaintiff" or "Rolex") hereby moves for

clarification of the Court's May 11, 2026 scheduling order (the "Order") (D.I. 43),

or, in the alternative, for amendment of such Order to modify the deadlines for expert

identification and disclosure, or, in the alternative, for extension of the same.

Specifically, Rolex respectfully requests that this Court clarify that the Order

extended the respective deadlines for identification and disclosure of affirmative and

rebuttal experts as set forth in the May 8 Proposed Order, or, in the alternative, amend

the Order to modify the Order to set the deadline to identify and disclose affirmative experts to be June 25, 2026 and the deadline to identify and disclose rebuttal experts to be July 9, 2026, or, in the alternative, that the Court grant commensurate extensions for Rolex to identify and disclose affirmative and rebuttal experts.

In support of this Motion, Rolex relies on the Memorandum of Law filed concurrently herewith and the exhibits thereto. A Proposed Order granting Rolex's Motion is included herewith.

Respectfully submitted this 15th day of May, 2026.

 /s/ Michael S. French
Michael S. French
Georgia Bar No. 276680
WARGO FRENCH SINGER LLP
1175 Peachtree Street, NE
Suite 1650
Atlanta, GA 30361
Phone:  (404) 853-1500
mfrench@wfslaw.com

Beth M. Frenchman
Admitted *Pro Hac Vice*
Jeffrey E. Dupler
Admitted *Pro Hac Vice*
GIBNEY, ANTHONY & FLAHERTY LLP
650 Fifth Avenue
New York, New York 10019
Telephone: (212) 688-5151
bfrenchman@gibney.com
jdupler@gibney.com

-2-

-3-

Paul W. Garrity
Admitted *Pro Hac Vice*
Tyler E. Baker
Admitted *Pro Hac Vice*
Maja Szumarska
Admitted *Pro Hac Vice*
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
pgarrity@sheppard.com
tbaker@sheppard.com
mszumarska@sheppard.com

*Counsel for Plaintiff Rolex U.S.A., Inc*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ *Michael S. French*
MICHAEL S. FRENCH

-4-